IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY _SP_ D.C.

05 JUN 13 AM 8: 16

ROBERT R. DI TROLIO
CLERK, U.S. DIST CT.
W. D. OF TN JACKSON

REELFOOT BANK,                                     Civil No. 1-05-1133-T/An

    Plaintiff,

v.

UNITED STATES DEPARTMENT
OF AGRICULTURE

    Defendant.

---

### ORDER EXTENDING TIME TO ANSWER COMPLAINT

---

The United States of America, on behalf of its agency, USDA, is **GRANTED** an extension of time to file it's answer in the above-referenced Complaint for an additional sixty (60) days, through and including September 5, 2005.

**IT IS SO ORDERED,**

This _10th_ day of _June_, 2005.

_S. Thomas Anderson_
S. Thomas Anderson
United States Magistrate Judge

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on _6/13/05_

8



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 1:05-CV-01133 was distributed by fax, mail, or direct printing on June 13, 2005 to the parties listed.

---

Raymond Spencer Clift
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Terrell L. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Alberto Gonzalez
U.S. Department of Justice
950 Pennsylviania Ave., N.W.
Washington, DC 20530--000

Honorable James Todd
US DISTRICT COURT