IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| REELFOOT BANK ) | |
| ) | |
| Plaintiff, ) | No. 1-05-1133 - T An |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| AGRICULTURE ) | |
| ) | |
| Defendant. ) | |

## [PROPOSED] ORDER GRANTING MOTION FOR ADMITTANCE OF MICHAEL T. DAWKINS *PRO HAC VICE*

R. Spencer Clift, III has moved for the admission of Michael T. Dawkins *pro hac vice*. Upon examination of the Affidavit of Michael T. Dawkins filed in support of the Motion, the Court finds that Mr. Dawkins is an attorney licensed in good standing in the State of Mississippi and in the State of Alabama, and that he will appear along with or instead of Mr. Clift, who is an attorney licensed to practice law in the State of Tennessee.

IT IS THEREFORE, ORDERED that Michael T. Dawkins is hereby admitted *pro hac vice* for this particular cause only.

IT IS FURTHER ORDERED that Michael T. Dawkins is hereby permitted to sign pleadings and personally appear for court proceedings in this case.

_____
JUDGE

DATE: 5 August 2005

M RSC 892684 v1
2621850-000006 08/01/05

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 8/5/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 1:05-CV-01133 was distributed by fax, mail, or direct printing on August 5, 2005 to the parties listed.

---

Michael Thomas Dawkins
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, P.C.
4268 I-55 North
Meadowbrook Office Park
Jackson, MS 39211

Raymond Spencer Clift
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Jimmy L. Croom
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT