IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

REELFOOT BANK

    Plaintiff

VS.                                     CIVIL ACTION NO.: 1-05-1133-T

UNITED STATES DEPARTMENT OF
AGRICULTURE

    Defendant

### ORDER GRANTING UNITED STATES' MOTION TO AMEND ANSWER

**IT APPEARING** to the Court that good cause has been shown to allow the United States to amend its Answer.

**IT IS THEREFORE ORDERED,** that the United States is hereby allowed to amend its Answer in the instant proceeding.

**IT IS SO ORDERED,**

S. THOMAS ANDERSON
United States Magistrate

DATED: November 04, 2005

This document entered on the docket sheet In compliance with Rule 58 and/or 79 (a) FRCP on 11/8/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 16 in case 1:05-CV-01133 was distributed by fax, mail, or direct printing on November 8, 2005 to the parties listed.

---

Raymond Spencer Clift
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Jimmy L. Croom
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Michael Thomas Dawkins
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, P.C.
4268 I-55 North
Meadowbrook Office Park
Jackson, MS 39211

Honorable James Todd
US DISTRICT COURT